JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CV 04-3366 MMM ✔ |
| Plaintiff, | ) CR 02-1178 MMM |
| | ) |
| vs. | ) JUDGMENT |
| | ) |
| HUGO ALEGRE, | ) |
| Defendant. | ) |

On May 12, 2004, petitioner Hugo Alegre filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence that the court imposed in *United States v. Alegre*, No. CR 02-01178 MMM, which he supplemented on July 8, 2004, and July 29, 2004.  The court, having considered the record and the papers submitted by the parties,

IT IS ORDERED AND ADJUDGED

    1. That petitioner Hugo Alegre's § 2255 motion be denied; and

    2. That the action be, and it hereby is, dismissed.

DATED: September 22, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE